## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Texas

Case Number: 1:22-CV-00722-LY

Plaintiff:
**James Gumbert**

vs.

Defendant:
**Phan Brothers, Inc.**

For:
Strickland Law Firm, PLLC
13423 Blanco Road
San Antonio, TX 78216

Received by Vivian Smith on the 28th day of July, 2022 at 5:49 pm to be served on **Phan Brothers, Inc. by serving its Registered Agent, Hoang V. Phan, 9811 Marlborough Drive, Austin, Travis County, TX 78753**.

I, Vivian Smith, being duly sworn, depose and say that on the **10th day of August, 2022** at **1:23 pm, I:**

delivered to a **CORPORATION BY AND THROUGH ITS REGISTERED AGENT**, by delivering a true copy of the **Summons in a Civil Action and Complaint** with the date of service endorsed thereon by me, to: **Hoang V. Phan, Phan Brothers, Inc.** as **Registered agent** at the address of: **13416 Snow Fall Dr, Austin, Travis County, TX 78727**, and informed said person of the contents therein, in compliance with state statutes.

Subscribed and Sworn to before me on the 10th day of August, 2022 by the affiant who is personally known to me.

NOTARY PUBLIC

ALYSSA BAILEY BENAVIDES
Notary Public, State of Texas
Comm. Expires 06-13-2026
Notary ID 133809459

Vivian Smith
PSC-12617, Exp 05/31/2024

Austin Process LLC
809 Nueces
Austin, TX 78701
(512) 480-8071

Our Job Serial Number: MST-2022007021
Ref: James Gumbert v. Phan Brothers, Inc.