UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JAMES GUMBERT,<br>an individual,<br><br>    PLAINTIFF,<br>v.<br><br>PHAN BROTHERS INC,<br>a domestic corporation,<br><br>    DEFENDANT. | *<br>*<br>*<br>*<br>*<br>*  Case No.  1:22-cv-00722-LY<br>*<br>*<br>*<br>*<br>* |

## NOTICE OF VOLUNTARY DISMISSAL

The Plaintiff hereby gives notice of the dismissal of the action without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 2nd day of June, 2023.

                                                       Respectfully submitted,

                                                       By:*/s/ Duncan Strickland*
                                                     Counsel for Plaintiff
                                                     State Bar No.:  24072374
                                                     13423 Blanco Road
                                                     San Antonio, TX 78216
                                                     Telephone: (210) 504-7874
                                                     Facsimile: (832) 218-4317
                                                     E-mail:  Duncan@StricklandLawFirm.com